# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE:

WENDY WILSON
SSAN: XXX-XX-0046

        Debtor(s)

Case No. 16-31893-DHW
Chapter 13

## TRUSTEE'S OBJECTION TO CONFIRMATION

COMES NOW, the Trustee, by and through the undersigned counsel, and pursuant to 11 U.S.C. §1325 objects to confirmation of the debtor(s)' plan as filed. As grounds for said objection, the Trustee states as follows:

1. The debtor(s) filed a petition seeking relief under Chapter 13 of the United States Bankruptcy Code on July 18, 2016.

2. The debtor(s) §341 Meeting of Creditors was held September 01, 2016.

(**X**) The plan fails to meet the disposable income test. Please review this case and amend the plan to meet the disposable income test as discussed at the 341.

(**X**) Debtor(s) was to provide the Trustee with her utility expenses to support the means test deductions..

(**X**) Further, the debtor claimed an unpermitted deduction citing car insurance as a "special circumstances." Car insurance is included in the transportation expenses..

WHEREFORE, the above premises considered, Trustee objects to confirmation of the debtors' plan and requests that either confirmation be denied or the case be continued until such time as the above referenced issues have been resolved.

Respectfully submitted this October 05, 2016.

Office of the Chapter 13 Trustee
P.O. Box 173
Montgomery, AL 36101-0173
Phone: (334)262-8371
Fax: (334)262-8599
email: hayest@ch13mdal.com

Sabrina L. McKinney
Acting Chapter 13 Trustee

By:/s/ *Tina J. Hayes*
    Tina J. Hayes

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that I have served copies of the foregoing Trustee's Objection to Confirmation on the parties listed below by either electronic mail or by placing same in the U.S. Mail, postage prepaid and properly addressed this October 05, 2016.

| | |
|---|---|
| Copy to: DEBTOR(S)<br>    JOSHUA C MILAM | /s/ *Tina J. Hayes*<br>Tina J. Hayes |